**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 770,<br><br>Petitioner,<br><br>vs.<br><br>OVERHILL FARMS, INC.<br><br>Respondent. | Case No. CV 10-00679 DDP (AJWx)<br><br>JUDGMENT<br><br>Date Action Filed: January 29, 2010<br><br>Trial Date: None set. |
|---|---|

On March 30, 2010, the Court dismissed the case with prejudice. Based on this dismissal, JUDGMENT IS HEREBY ENTERED in favor of Respondent Overhill Farms, Inc. and against Petitioner United Food And Commercial Workers, Local 770.

Dated: April 16, 2010

Hon. Dean D. Pregerson
United States District Judge